IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patrick Collins, Inc.,                                               Case No. 3:11CV1728

          Plaintiff(s)

   v.                                                       ORDER

John Doe 1, et al.,

          Defendant(s)

Case management conference was held on December 5, 2011.

Track designation is expedited.

It is also

ORDERED THAT:

1.    *Sua sponte*, due to impermissible joinder of defendants John Doe 2 through 35, inclusive, complaint is stricken as to those defendants; anonymous motion to quash (Doc. 5) is overruled, without prejudice.

2.    Leave is granted to plaintiff to file individual complaints as to defendants John Doe 2 through 35.

3.    Leave is granted to plaintiff and interested third party Buckeye CableSystem to submit on or before December 15, 2011, agreed order (or, in the alternative, proposed orders) re. procedure for notifying ISP holder/subscribers of Buckeye Cable System re. pendency of subpoena; pending filing and approval of such order, Buckeye CableSystem's motion to quash is withdrawn without prejudice.

4.    Clerk to note contact number for plaintiff's counsel: 419-297-2561.

So ordered.

                                                                  /s/ James G. Carr
                                                                  Sr. United States District Judge