# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

----------------------------------------------------X
:
PATRICK COLLINS, INC., :
: Civil Action No. 3:11-cv-01728-JGC
Plaintiff, :
:
vs. : Jeff Simpson (0080376)
: The Simpson Law Office, Inc.
JOHN DOES 1-35, : 405 North Huron, Suite 200
: Toledo, Ohio 43604
Defendants. : Tel: 419-243-7225
: Fax: 419-242-0463
: Email: thesimpsonlawoffice@yahoo.com
----------------------------------------------------X

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF DOE 28 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 28. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 28 from this action <u>with prejudice</u>. John Doe 28 was assigned the IP Address 98.30.156.8. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 28 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 19, 2011

Respectfully submitted,

By: */s/ Jeff Simpson*
Jeff Simpson (0080376)
Attorney for Plaintiff
405 North Huron, Suite 200
Toledo, Ohio 43604
Tel: (419) 243-7225
Fax: (419) 242-0463
Email: thesimpsonlawoffice@yahoo.com

> Motion granted.
> So Ordered.
>
> s/ James G. Carr
> United States District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 23rd, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*/s/ Jeff Simpson*
Jeff Simpson
