# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

---------------------------------------------------------X
:
PATRICK COLLINS, INC.,  :
                                                                                  : Civil Action No. 3:11-cv-01728-JGC
          Plaintiff, :
                                                                                   : Jeff Simpson (0080376)
              vs. : The Simpson Law Office, Inc.
                                                                                     : 405 North Huron, Suite 200
JOHN DOES 1-35, : Toledo, Ohio 43604
                                                                                     : Tel:  419-243-7225
          Defendants. : Fax:  419-242-0463
                                                                                    : Email: thesimpsonlawoffice@yahoo.com
---------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF JOHN DOE 1</u>

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>without prejudice</u> John Doe Defendant 1 who was assigned the IP Address 24.53.180.76. Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

                                                                             Respectfully submitted,

                                                                             By: <u>/s/ Jeff Simpson</u>
                                                                                 Jeff Simpson (0080376)
                                                                                 Attorney for Plaintiff
                                                                                 405 North Huron, Suite 200
                                                                                 Toledo, Ohio 43604
                                                                                 Tel: (419) 243-7225
                                                                                 Fax: (419) 242-0463
                                                                                 Email:thesimpsonlawoffice@yahoo.com