# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PATRICK COLLINS, INC., | |
| | Civil Action No. 3:11-cv-01728-JGC |
| Plaintiff, | |
| | Jeff Simpson (0080376) |
| vs. | The Simpson Law Office, Inc. |
| | 405 North Huron, Suite 200 |
| JOHN DOES 1-35, | Toledo, Ohio 43604 |
| | Tel: 419-243-7225 |
| Defendants. | Fax: 419-242-0463 |
| | Email: thesimpsonlawoffice@yahoo.com |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE 1

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>without prejudice</u> John Doe Defendant 1 who was assigned the IP Address 24.53.180.76. Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

Respectfully submitted,

By: <u>/s/ Jeff Simpson</u>
    Jeff Simpson (0080376)
    Attorney for Plaintiff
    405 North Huron, Suite 200
    Toledo, Ohio 43604
    Tel: (419) 243-7225
    Fax: (419) 242-0463
    Email:thesimpsonlawoffice@yahoo.com

---

Motion granted.
So Ordered.

<u>s/ James G. Carr</u>
United States District Judge